**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00446-CR**
_____

**CLIFFORD FRANKLIN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Cause No. 23-378834**

**MEMORANDUM OPINION**

Appellant Clifford Franklin Williams, acting pro se, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The motion is signed personally by the appellant. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 4, 2025
Opinion Delivered February 5, 2025
Do Not Publish
Before Golemon, C.J., Wright and Chambers, JJ.

1